**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2759

_____

| | |
|---|---|
| William Eugene Dunn; Sherry Lyn Steffens Cavaness, | * <br> * <br> * |
| Appellants, | * <br> * |
| | *    Appeal from the United States |
| v. | *    District Court for the |
| | *    Eastern District of Missouri |
| Louis Dewayne Helton; Curtis Davis; Frank Ciliberto, | * <br> *    {UNPUBLISHED} <br> * |
| Appellees. | * |

_____

Submitted: April 6, 1998

Filed: April 16, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

William Eugene Dunn and Sherry Lyn Steffens Cavaness appeal from the final judgment entered in the District Court[1] for the Eastern District of Missouri following an adverse jury verdict in their 42 U.S.C. § 1983 action. Upon a careful review of the record and the parties' submissions on appeal, we believe the district court did not err

---

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

in granting defendant Louis Dewayne Helton's motion in limine, in denying Dunn's and Cavaness's motion in limine, in granting judgment as a matter of law to defendants Curtis Davis and Frank Ciliberto on Dunn's and Cavaness's "failure to intervene" claim, and in denying Dunn's and Cavaness's motion for a new trial. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-